**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALEX SAPIR, 260-261 MADISON AVENUE LLC
and SFM REALTY CORP.,

                       Plaintiffs,

    -against-                                     20 **CIVIL** 6191 (RA)

                                                           **JUDGMENT**

ROTEM ROSEN, OMER ROSEN, and JOHN and
JANE DOE 1-100,

                       Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 29, 2021, the Court has denied the requests made in Omer's letter. Given that Plaintiffs have not filed an amended complaint within the deadline the Court set in its September 30 Order, this action is hereby dismissed with prejudice. Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

       October 29, 2021

                                                   **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                 **BY:**             *K. Mango*
                                                    **Deputy Clerk**